**UNITED STATES DISTRICT COURT**
**NORTHERN DIVISION OF CALIFORNIA**

| | |
|---|---|
| N.G., R.L., R.S., and I.P., *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff*s,<br><br>vs.<br><br>WALGREEN, CO.,<br><br>*Defendant.* | Case No.  3:26-cv-02994-RS<br><span style="color:red">AMENDED</span><br>~~[PROPOSED~~ ORDER] GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS<br><br>Hon. Richard Seeborg<br>Current Hearing Date: July 16, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 12, 19th Floor |

Having considered the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1.      Plaintiffs' deadline to file their opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 19) is extended to August 7, 2026;

2.      Defendant's deadline to file its reply is extended to August 28, 2026; and

3.      The hearing currently set for July 16, 2026 is hereby CONTINUED to October 1, 2026 at 1:30 ~~a.m.~~/p.m.

4.     The scheduling conference set by the Court shall be cancelled until after the hearing date set by the Court, and discovery shall be stayed until that time.

**IT IS SO ORDERED.**

Dated: _____June 17_____, 2026

_____
HON. RICHARD SEEBORG
Chief United States District Judge

[~~PROPOSED~~ ORDER] GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

1