**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| N.G., R.L., R.S., and I.P., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO.,<br><br>Defendant. | **Case No.: 3:26-cv-02994** RS<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE LEAVE FOR PLAINTIFFS TO PROCEED PSEUDONYMOUSLY, ECF No. 5** |

**ORDER GRANTING MOTION FOR ADMINISTRATIVE LEAVE FOR PLAINTIFFS TO PROCEED PSEUDONYMOUSLY**

The Court has reviewed Plaintiffs Motion for Administrative Leave to Proceed Pseudonymously (ECF No. 5), and find that it meets the Court's balancing test of three situations allowing a plaintiff to proceed anonymously: (1) when identification creates a risk of retaliatory physical or mental harm; (2) when anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature; and (3) when the anonymous party is compelled to admit his or her intention to engage in illegal conduct, thereby risking criminal prosecution, *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000) (quoting *United States v. Doe*, 655 F.2d 920, 922 n.1 (9th Cir. 1980)).

The Court finds the second situation to apply to Plaintiffs. *In re Meta Pixel Healthcare Litig.*, No. 22-CV-03580-WHO, 2025 WL 807954, at *2 (N.D. Cal. Mar. 12, 2025). Accordingly, Plaintiffs shall be identified in all public filings in this action as "N.G., R.L., R.S., and I.P." In addition, unless further order of the Court, no party shall use the name, address, or any other identifying contact information of Plaintiffs in any public filing in this case.

**IT IS SO ORDERED.**

Date: September 25, 2026

Richard Seeborg
U.S. District Court Judge